UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:25-cr-32-MR-WCM |
| | ) | |
| v. | ) | BILL OF INDICTMENT |
| | ) | Violations: |
| 1) ANDREW CLAY DEVINNEY | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | 18 U.S.C. § 2251(a) |
| 2) STARLA PAIGE STAMEY | ) | 18 U.S.C. § 2252A(a)(2)(A) |
| | ) | 18 U.S.C. § 2 |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

Beginning on a date unknown to the Grand Jury, but occurring from on or about September 20, 2019, through to on or about August 13, 2024, in Burke County, within the Western District of North Carolina, and elsewhere,

1) ANDREW CLAY DEVINNEY
and
2) STARLA PAIGE STAMEY

knowingly possessed and accessed with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, that has, been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and did aid and abet each other in so doing.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2.

1

## COUNT TWO

On or about April 3, 2024, in Burke County, within the Western District of North Carolina, and elsewhere,

1) ANDREW CLAY DEVINNEY

employed, used, persuaded, induced, enticed, and coerced a minor, MFV1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped and transported in interstate commerce, and knowing that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and did attempt to do so.

In violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE

On or about May 2, 2024, in Burke County, within the Western District of North Carolina, and elsewhere,

1) ANDREW CLAY DEVINNEY
and
2) STARLA PAIGE STAMEY

employed, used, persuaded, induced, enticed, and coerced a minor, MFV1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped and transported in interstate commerce, and knowing that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and did attempt to do so, and did aid and abet each other in so doing.

In violation of Title 18, United States Code, Sections 2251(a) and 2.

## COUNT FOUR

On or about May 29, 2024, in Burke County, within the Western District of North Carolina, and elsewhere,

        1) ANDREW CLAY DEVINNEY
                      and
        2) STARLA PAIGE STAMEY

did knowingly distribute, and attempt to distribute, any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and did aid and abet each other in so doing.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2.

## COUNT FIVE

On or about June 2, 2024, in Burke County, within the Western District of North Carolina, and elsewhere,

        1) ANDREW CLAY DEVINNEY

employed, used, persuaded, induced, enticed, and coerced a minor, MFV1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped and transported in interstate commerce, and knowing that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and did attempt to do so.

In violation of Title 18, United States Code, Section 2251(a).

## COUNT SIX

On or about June 17, 2024, in Burke County, within the Western District of North Carolina, and elsewhere,

1) ANDREW CLAY DEVINNEY

did knowingly distribute, and attempt to distribute, any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT SEVEN

On or about June 17, 2024, in Burke County, within the Western District of North Carolina, and elsewhere,

2) STARLA PAIGE STAMEY

knowingly received, and attempted to receive, child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

*Space intentionally left blank.*

## COUNT EIGHT

On or about July 12, 2024, in Burke County, within the Western District of North Carolina, and elsewhere,

    1) ANDREW CLAY DEVINNEY
    and
    2) STARLA PAIGE STAMEY

employed, used, persuaded, induced, enticed, and coerced a minor, MFV2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped and transported in interstate commerce, and knowing that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and did attempt to do so, and did aid and abet each other in so doing.

In violation of Title 18, United States Code, Sections 2251(a) and 2.

## COUNT NINE

On or about July 12, 2024, in Burke County, within the Western District of North Carolina, and elsewhere,

    1) ANDREW CLAY DEVINNEY
    and
    2) STARLA PAIGE STAMEY

employed, used, persuaded, induced, enticed, and coerced a minor, MFV5, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped and transported in interstate commerce, and knowing that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and did attempt to

do so, and did aid and abet each other in so doing.

In violation of Title 18, United States Code, Sections 2251(a) and 2.

## COUNT TEN

On or about July 27, 2024, and July 30, 2024, in Burke County, within the Western District of North Carolina, and elsewhere,

1) ANDREW CLAY DEVINNEY
and
2) STARLA PAIGE STAMEY

employed, used, persuaded, induced, enticed, and coerced a minor, MFV4, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped and transported in interstate commerce, and knowing that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and did attempt to do so, and did aid and abet each other in so doing.

In violation of Title 18, United States Code, Sections 2251(a) and 2.

## COUNT ELEVEN

On or about August 11, 2024, in Burke County, within the Western District of North Carolina, and elsewhere,

1) ANDREW CLAY DEVINNEY

employed, used, persuaded, induced, enticed, and coerced a minor, MFV3, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped and transported in

interstate commerce, and knowing that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and did attempt to do so.

In violation of Title 18, United States Code, Sections 2251(a).

*Space intentionally left blank.*

## NOTICE OF FORFEITURE AND PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 2253 and 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with 18 U.S.C. § 2253 and 21 U.S.C. § 853:

a. Any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped, or received during the violations set forth in this bill of indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

c. Any property, real or personal, used or intended to be used to commit or promote the violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b) and (c).

The Grand Jury finds probable cause to believe that the following property that was seized on or about August 13, 2024, during the course of the investigation of the offenses herein is subject to forfeiture on one or more of the grounds stated above: one (1) Samsung Galaxy S24 Ultra cellphone; one (1) Apple iPad; one (1) Apple iPhone 13 Pro Max cellphone; and three (3) removable storage media (SD cards).

A TRUE BILL:

RUSS FERGUSON
UNITED STATES ATTORNEY

ALEXIS SOLHEIM
ASSISTANT UNITED STATES ATTORNEY