**Anthony J. Johnson**
Founder – Unified Digital Services, LLC
969 Trinity Church Rd
Laurens, SC 29360
*(828).579-1752 Unified_Digital@proton.me*

## Employment

**Senior Police Officer – Detective**                         **Years Employed (1998 – 2023)**

- *1998 – 2001: Patrol Officer*
  - Provided public safety, maintained order, enforced local, state and federal laws, and enhanced national security.
  - Duties included: interaction with the public, base level criminal investigations, report writing, accident investigations, courtroom preparation and testimony, criminal interdiction and community policing.

- *2001 – 2005: Juvenile/Sexual Assault Investigator*
  - Conducted specialized criminal investigations involving allegations of sexual assaults involving both adults and children, and any other situations involving criminal sexual activity, including offenses involving child pornography.
  - Developed close relationships with other service agencies, including the Buncombe County Department of Social Services, Mission Children's Clinic, various juvenile placement shelters, and the Office of Juvenile Justice.
  - Duties included: case management, courtroom preparation and testimony, construction of and execution of search warrants and other court processes, obtaining and service of arrest warrants, properly documenting and maintaining evidence using accepted chain of custody practices, and other related duties.

- *2005 – 2007: White Collar Crimes Investigator*
  - Conducted specialized criminal investigations involving allegations of white collar criminal activity, including frauds, larcenies, embezzlements, identity theft, and other related criminal activity.
  - Developed a program to start a Computer Crimes Unit
  - Duties included case management, courtroom preparation and testimony, construction of and execution of search warrants and other court processes, obtaining and service of arrest warrants, properly documenting and maintaining evidence using accepted chain of custody practices, and other related duties.

- *2007 – 2023: Computer Crimes Detective, Computer Forensics Analyst*
  - Conduct specialized criminal investigations involving all forms of computer-related criminal activity, specifically, child pornography and internet crimes against children.
  - Responsible for the forensic examination of computer systems for the entire department and outside agencies.
  - Assist in the examination of cellular telephones and other high tech devices.
  - Duties include: case management, courtroom preparation and testimony, construction of and execution of search warrants and other court processes, obtaining and service of arrest warrants, properly documenting and maintaining evidence using accepted chain of custody practices, and other related duties.

- *2022 – 2023: Supervisor Criminal Investigations Division (Acting)*
  - Continued activities as Computer Crimes Detective and Computer Forensics Analyst.
  - Duties include: Supervision of detectives and non-sworn personnel, case assignments, case clearances and other general first line supervisory duties.

- *2023 – Present: Founded Unified Digital Services, LLC*

1

## Education/Training

- **University of Missouri (Columbia)**      **1990, 1994** (Incomplete)
- **Central Piedmont Community College**      **2007 – 2013**
  *Professional Certificate in Digital Forensics (December 5, 2013)*
- **Computer Crime/ Computer Forensics/Cellphone Analysis Training (1097 Hours)**
  *Complete training list available upon request*
- **Law Enforcement Training (3307 hours)**
  *Complete training list available upon request*

___

## Certifications

- **Cellebrite Certified Operator (CCO)** – January, 2024
  Cellebrite Mobile Synchronization
- **Cellebrite Certified Physical Analyst (CCPA)** – January, 2024
  Cellebrite Mobile Synchronization
- **AccessData (Exterro) Certified Examiner (ACE)** – February, 2023
  Exterro Software Company
- **Cellebrite Certified Operator (CCO)** – November, 2021
  Cellebrite Mobile Synchronization
- **Cellebrite Certified Physical Analyst (CCPA)** – November, 2021
  Cellebrite Mobile Synchronization
- **AccessData Certified Examiner (ACE)** – August, 2020
  AccessData Software Company
- **Cellebrite Certified Operator (CCO)** – September, 2019
  Cellebrite Mobile Synchronization
- **Cellebrite Certified Physical Analyst (CCPA)** – September, 2019
  Cellebrite Mobile Synchronization
- **AccessData Certified Examiner (ACE)** – August, 2018
  AccessData Software Company
- **Cellebrite Certified Logical Operator (CCLO)** – November, 2016
  Cellebrite Mobile Synchronization
- **Cellebrite Certified Physical Analyst (CCPA)** – November, 2016
  Cellebrite Mobile Synchronization
- **AccessData Certified Examiner (ACE)** – August, 2016
  AccessData Software Company
- **Certified Computer Forensics Examiner (CCFE)** – December, 2014
  Information Assurance Certification Review Board, Online
- **Cellebrite Certified Logical Operator (CCLO)** – October, 2014
  NUIX/Cellebrite Training Center, Herndon, VA

2

- **Cellebrite Certified Physical Analyst (CCPA)** – October, 2014
  NUIX/Cellebrite Training Center, Herndon, VA

- **AccessData Certified Examiner (ACE)** – June, 2014
  AccessData Software Company

- **AccessData Certified Examiner (ACE)** – August, 2012
  AccessData Software Company

- **AccessData Certified Examiner (ACE)** – June, 2011
  AccessData Software Company

- **Seized Computer Evidence Recovery Specialist (SCERS)** – April, 2008
  Federal Law Enforcement Training Center

- **Advanced Law Enforcement Certificate** – February, 2008
  North Carolina Criminal Justice Education and Training Standards Commission

- **Criminal Investigation Certificate Program** – August, 2005
  North Carolina Department of Justice, North Carolina Justice Academy

## Awards & Recognitions

- **Outstanding Performance Award** – August, 2022
  Asheville Police Department, Asheville, NC

- **Officer of the Year (2019) –** Awarded May 2022
  Asheville Police Department, Asheville, NC

- **Merit Award (2021)** – Awarded May 2022
  Asheville Police Department, Asheville, NC

- **Outstanding Performance Award** – January, 2022
  Asheville Police Department, Asheville, NC

- **Medal of Valor (2019)** – Awarded January, 2022
  Asheville Police Department, Asheville, NC

- **Merit Award (2019)** – Awarded January, 2022
  Asheville Police Department, Asheville, NC

- **Certificate of Appreciation (2019)** – Awarded January, 2022
  Asheville Police Department, Asheville, NC

- **Excellence in the Pursuit of Justice Award** – May 2020
  US Attorney's Office (WDNC), Asheville, NC

- **Certificate of Appreciation** – May, 2019
  Asheville Police Department, Asheville, NC

- **Law Enforcement Commendation Medal** – December, 2018
  Sons of the American Revolution, Asheville, NC

- **Merit Award** – April, 2018
  Asheville Police Department, Asheville, NC

- **Outstanding Performance Award** – March, 2018
  Asheville Police Department, Asheville, NC

3

- **Certificate of Appreciation** – May, 2017
  Asheville Police Department, Asheville, NC

- **Outstanding Performance Award** – August, 2016
  Asheville Police Department, Asheville, NC

- **Merit Award** – August, 2016
  Asheville Police Department, Asheville, NC

- **Medal of Valor** – April, 2015
  Asheville Police Department, Asheville NC

- **Investigator of the Year** – December, 2014
  Asheville Police Department, Criminal Investigations Division

- **Excellent Service** – April, 2013
  Asheville Way Awards, Asheville NC

- **Outstanding Safety and Welfare** – April, 2013
  Asheville Way Awards, Asheville NC

- **Certificate of Appreciation** – March, 2013
  Asheville Police Department, Asheville, NC

- **Excellence in Public Service Award** - 2002
  Asheville, NC

- **Merit Award** – April, 1999
  Asheville Police Department, Asheville, NC

## Additional Skills

- **Computer Forensic Examinations**
    - On site forensically sound previews: 125
    - On site forensically sound live-system data captures: 25
    - Forensic examinations of hard drives and other media: 1000 (+)

- **Forensic Software and Examination Tools**
    - EnCase – Guidance Software
    - Forensic Toolkit (FTK) – Access Data Software

- **Cellphone Software/Hardware and Examination Tools**
    - Cellebrite UFED/Physical Analyzer (***1315 extractions and/or forensic analysis as of 9/5/2024***)
    - GrayKey by Grayshift  (***95 extractions as of 4/1/2023***)

- **Experience with Operating Systems**
    - MS DOS
    - Windows '95, 98, 2000, XP, 2003, Vista, Windows 7, Windows 8, Windows 10
    - Fat12, FAT16, FAT32, exFAT
    - Mac OS X, Apple iOS
    - Google Drive

- **Experience with the Following Hardware and Media Types**
    - Optical Media

4

- Removable Media (Floppy Diskettes, Optical, CD/DVD ROM, Flash Memory and Memory Media Cards)
- Desktop Computers
- Laptops Computers
- USB and Firewire Drives
- IDE Disk Drives
- SATA Disk Drives
- Solid State Drives
- RAID Arrays
- USB External Devices
- Personal Data Assistants (PDA's), Cellular Telephones and Smart Phones

_____

## Affiliations

- North Carolina Internet Crimes Against Children Task Force Member

## Professional Organizations

- High Technology Crime Investigation Association (HTCIA)

## Speaking Engagements

- Western Carolina University, May 15, 2012, *Special Topics: Sexual Victimization (PSY-393).* Prepared and presented a topic entitled "*Computer Facilitated Victimization*" to a class of approximately 20 college students.
- Carolina Day School, February 20, 2013, panel speaker at *Stop, Think, Click* presentation concerning Social Media Survival to approximately 140 high school aged children.
- Western Carolina University, May 21, 2013, *Sexual Victimization (PSY-350)*. Prepared and presented a topic entitled "*Online Predator Types: Case Studies"* to a class of approximately 20 college students.
- Asheville Police Department, Citizens' Police Academy (Spring and Fall iterations), 2012 - 2023. Prepared and presented a topic entitled *Internet Investigation*s to a group averaging 25 persons in size.
- Southwestern Community College, October 20, 2022, *Introduction to Project Safe Childhood: Investigating and Prosecuting Federal Child Exploitation Offenses*. Presented a subject titled "*Computer Forensics*" to a group of 30 persons.
- Asheville Buncombe Community Technical College, April 13, 2023, *CCT-121 Computer Crime Investigation*. As a guest speaker, Johnson gave a presentation on the subject of real-world digital forensics within the realm of computer crime investigation.

## Case Work (UDS LLC)

- As of April 2025, Johnson has assisted 25 clients with various requests for expert digital forensics analysis.

## Testimony/Case Work (Law Enforcement Career)

- *NC v. Murell*, Case #20 CRS 82704, 20 CRS 81859, North Carolina Superior Court, October 2024. Murell was accused of kidnapping, sexual assault and other criminal offenses. Det. Johnson was requested to process the suspect's cellular device. ==During trial, Johnson was offered and accepted as an expert witness in the field of Cellphone Forensic Analysis.== Murell was found guilty by a jury of his peers for the following: First Degree Rape and Assault Inflicting Serious Bodily Injury. Murell was sentenced to state prison for between 254 and 374 months.

- *USA v. Bassillo et al*., Case #1:22CR1, United States District Court, Western District of North Carolina. A group of individuals, including Bassillo, conspired to burglarize a gun store in Asheville. On January 7, 2022, the store was burglarized and 33 weapons were stolen. During the course of the investigation, a number of cellular telephones were seized and analyzed by Det. Johnson. On Thursday, September 22, 2022, Det. Johnson testified in Federal Court during a suppression hearing. ==Johnson was offered and accepted as an expert witness in the field of Cellphone Forensic Analysis.== All three suspects pled guilty and were sentenced to terms in Federal Prison.

- *USA v Todd*, Case #1:21CR00094, United States District Court, Western District of North Carolina. Todd, a local middle school teacher, was the subject of a Cybertip investigation involving the distribution of child pornography. Det. Johnson executed a search warrant on Todd's residence which resulted in the seizure of several electronic items. Forensic analysis revealed an extensive collection of CSAM (21,185 image files and 127 movie files.) Todd pleaded guilty and on July 18, 2022, was sentenced to 39 months incarceration along with lifetime supervised sex offender probation.

- *NC v. Ford*, Case # 21CR 087417 - 419, North Carolina Superior Court, June 2022. Ford was accused of attempting to run over a man and his cat in May of 2021. Det. Johnson extracted information from cell phones recovered during the investigation that yielded valuable evidence to the investigation. ==During the trial, Det. Johnson gave testimony and was tendered and accepted as an expert witness in the field of Cellular Device Data Retrieval and Analysis.== Ford was found guilty by a jury of his peers for the following: felony animal cruelty, hit and run, felony obstruction of justice. Ford was sentenced to 290 – 372 months in state prison on July 1, 2022.

- *USA v McDonald*, Case #1:21CR00026, United States District Court, Western District of North Carolina. Det. Johnson and FBI agents of the Asheville Field Office investigated McDonald for several offenses involving the use of a cellular device to commit several federal offenses, including multiple threats communicated to local and national businesses, troubling online interactions with minor children and an international sexual extortion case involving a citizen of the United Kingdom. Det. Johnson assisted by processing a MicroSD media card found on-board a cellular device known to belong to McDonald – after he had attempted to destroy the phone when confronted by police. McDonald pleaded guilty and on April 18, 2022, was sentenced to 12 months incarceration (time served) along with 3 years of Federal supervised probation.

- *USA v Kakenowash*, Case #1:21CR00031, United States District Court, Western District of North Carolina. Det. Johnson assisted the FBI in an investigation they were conducting involving the suspect Kakenowash. Det. Johnson had information developed during the course of the investigation involving a NCMEC report and Cybertips. As a result of that investigation, Det. Johnson recovered CSAM materials from email accounts known to belong to Kakenowash. Det. Johnson shared those investigative results with FBI agents who were conducting a concurrent investigation with Kakenowash. The suspect pleaded guilty and on March 24, 2022, Kakenowash was sentenced to 84 months in federal prison

- *NC v. Shine*, Case #21CR 080770, North Carolina Superior Court, March 2022. Shine was suspected of shooting into an occupied dwelling in West Asheville in January of 2021. Eric Huerta was hit by gunfire and seriously wounded; two other people in the home at the time

6

were unhurt. Det. Johnson extracted information from cell phones recovered during the investigation that yielded valuable evidence to the investigation. During the trial, Det. Johnson gave testimony and was tendered and accepted as an expert witness in the field of Cellular Device Data Retrieval and Analysis. Shine was found guilty by a jury of his peers for the following: attempted first degree murder (x2), assault with a deadly weapon with the intent to kill inflicting serious injury, assault with a deadly weapon with intent to kill, five counts of discharging a weapon into occupied property, and one count of discharging a weapon into occupied property inflicting serious bodily injury. Shine was sentenced to 290 – 372 months in state prison on March 11, 2022.

- *USA v. Miguel*, Case #1:21CR00026, United States District Court, Western District of North Carolina, December 16, 2021. Miguel was found to have victimized 15 children in Western North Carolina (mainly the Asheville/Buncombe area) using the social media application, Snapchat. Miguel solicited female juveniles for sex and/or photos and videos in exchange for money and/or drugs and other materials. An examination of cellular devices as well as social media accounts showed the presence of contraband videos depicting child victims engaged in sexual activity with the suspect. Sexually explicit photos of some of the child victims were also discovered. Miguel pleaded guilty to one count of possession of child pornography and one count of solicitation and on December 16, 2021, was sentenced to 28 years of incarceration in federal prison along with lifetime sex offender status.

- *NC v. Nichols*, Case #19CR 089138, North Carolina Superior Court, October 2021. Nichols was suspected of the homicide of Regina Hoglen Ray (a person with whom he shared a romantic interest) on August 25, 2019. Det. Johnson assisted in the investigation by processing the victim's cellular device which yielded valuable evidence. On October 12, 2021, Nichols pleaded guilty to second degree murder and was sentenced to a term of not less than 190 months and not more than 240 months in state prison.

- *USA v. Feith*, Case #1:20CR00010, United States District Court, Western District of North Carolina, February 19, 2021. Feith was the target of an undercover operation involving the distribution of child pornography on file sharing networks. Det. Johnson and other team members executed a search warrant on Feith's residence in December of 2019; a number of electronic devices were seized. Det. Johnson performed computer forensics on the seized devices, 150 child pornography videos, 18 child pornography images were located, as well as evidence to support the undercover portion of the investigation. Feith pleaded guilty to distribution of child pornography and was given 7 years of incarceration in federal prison along with lifetime sex offender status.

- *NC v. Jackson*, Case #18CR 092959 – 092990, North Carolina Superior Court, October 7, 2020. The reporting victim in this matter, a disabled family member of the suspect, disclosed a contact offense against Jackson, and reported seeing child pornography on the suspect's computer. Det. Johnson assisted with computer forensics in this investigation. Digital forensics revealed the presence of a large number of images depicting child pornography, as well as evidence corroborating the victim's story. The suspect pleaded guilty to 12 counts of possession of child pornography and received an active sentence of 120 to 153 months in state prison.

- *NC v. Juvenile (TT),* Case #19CR 085113, Buncombe County Juvenile Court, February 2020. The juvenile suspect made a video of a special-needs child in the bathroom at a local high school. The video was then circulated on Snapchat. Det. Johnson interviewed the suspect, who confessed. The suspect was arrested and charged with felony Secret Peeping. Det. Johnson processed the suspect's cellular device, which contained evidence of his guilt. The juvenile pleaded guilty to a misdemeanor charge (Disorderly Conduct at School) and was given a deferred prosecution with special requirements.

- *NC v. Dixon,* Case #16CR 084811, North Carolina Superior Court, June 2019. Dixon was suspected of murdering a woman, her unborn child and shooting another child in May of 2016. Det. Johnson assisted in the investigation by performing the cellular analysis of four phones associated with the case. During trial, Det. Johnson testified about evidence

7

located on the phones, as well as evidence located on Facebook records.  ==Det. Johnson was tendered and accepted as an expert in the field of Cellular Analysis and Digital Evidence Acquisition.==  Dixon was found guilty by a jury of his peers for the following:  First Degree Murder, Attempted First Degree Murder and Malicious Maiming.  Dixon was sentenced to life in state prison without the possibility of parole on July 15, 2019.

- *NC v. King*, Case #17CR 091119 – 091123, North Carolina Superior Court, June 2019.  King was the target of an investigation involving the publication of images depicting child pornography on social media platforms.  Following a lengthy investigation, Det. Johnson found evidence of King publishing contraband images to a web site he created (*Dragons of Darkness)* as well as *Myspace*.  King pleaded guilty to three counts of Second Degree Sexual Exploitation of a Minor and was given three consecutive sentences of 20 to 84 months (5 to 21 years) in state prison.

- *USA v. Knoke*, Case #1:18CR76, United Stated District Court, Western District of North Carolina, May 2, 2019.  A visiting VA therapist reported suspicious activity involving Knoke to the VA police, who in turn, alerted the Asheville Police Department.  Det. Johnson initiated an investigation, seized items belonging to Knoke (including a computer), and performed computer forensics analysis on those items.  Ultimately, Det. Johnson discovered that Knoke had contact offended against several boys starting in 1959.  In addition, evidence of possession, distribution and receipt of child pornography was found.  Knoke pleaded guilty to 5 counts of receipt of child pornography, 3 counts of distribution of child pornography and 1 count of possession of child pornography.  Knoke was sentenced to 15 years in federal prison.  Upon his release from prison, Knoke will be subject to lifetime supervised sex offender probation.

- *USA v. Thompson*, Case #18CR27, United States District Court, Western District of North Carolina, August 16, 2018.  Thompson, a recidivist, was the subject of a CyberTip investigation that resulted in the seizure of a cellular device.  Det. Johnson performed analysis of the cellular device and its on-board media card storage and found them both to contain child pornography.  Further investigation showed that Thompson received that child pornography from unknown sources.  Thompson pleaded guilty to one count of receipt of child pornography, and being a repeat offender, was sentenced to the minimum mandatory of 15 years in federal prison.  Upon his release from prison, Thompson will be subject to lifetime sex offender supervised probation.

- *NC v. Griffin,* Case #15CRS 091513, North Carolina Superior Court, Buncombe County, November 16, 2017.  Griffin was suspected of murdering three people in Asheville, NC.  Det. Johnson assisted the investigation by processing and analyzing a GPS device, which resulted in locating a crime scene where two of the three victims were murdered and helped in establishing a timeline of events involving two of the three murder victims.  In addition, Det. Johnson assisted with processing and analyzing cellular devices seized during the investigation.  Griffin pleaded guilty to several counts of murder and high felonies, resulting in a sentence of life without parole in a state prison.

- *USA v. Worley,* Case #1:16CR69, United States District Court, Western District of North Carolina, June 29, 2017.  Worley was accused of sex offenses involving a minor, including possession of child pornography.  Det. Johnson assisted in the analysis of the suspect's cellular telephone, where evidence of child pornography was located.  Worley pleaded guilty to two counts of possession of child pornography and was sentenced to 60 months in federal prison and lifetime sex offender supervised probation upon his release.

- *NC v. Richards,* Case #17CRS 297-299, 17CRS 390, North Carolina Superior Court, Buncombe County, May 30, 2017.  Richards traveled from Weaverville to Ohio to pick up a juvenile female, without her family's consent.  Richards brought the child back to Buncombe County, had sex with her on multiple occasions, and eventually put her on a bus back to Ohio.  Det. Johnson investigated the case, which included both cellphone and computer forensic analysis.  Data from the suspect's cellphone corroborated both the victim's and suspect's statements.  Richards pleaded guilty to 3 counts of Statutory Rape

8

(First Degree) and 1 count of Statutory Sex Offense and will serve an active sentence of 180 – 276 months in state prison.

- *NC v. Lagrua,* Case #12CRS051045, North Carolina Superior Court, Madison County, April 18, 2017. Lagrua was the suspect in a double murder involving family members in Madison County NC. Det. Johnson performed computer forensics which aided in tracking the suspects actions prior to his shooting his wife and mother-in-law. Lagrua pleaded guilty to two counts of Second Degree Murder and will serve a minimum of 240 months in state prison.

- *NC v. Jimenez*, Case #14CR087438, North Carolina Superior Court, Buncombe County, February 1, 2017. Jimenez was the suspect of a murder investigation in Asheville, NC. Det. Johnson performed computer forensic analysis of several devices seized from search warrants as well as items surrendered by involved others. Forensic analysis showed circumstantial evidence that bolstered the murder case, and Det. Johnson was able to develop information leading to child pornography charges with a known victim in Asheville. In addition, Det. Johnson located and positively identified two additional minor victims of child pornography from Arizona and Pennsylvania. Jimenez plead guilty to one count of 2nd Degree Murder, 10 counts of 1st Degree Child Sexual Exploitation and 10 counts of 2nd Degree Child Sexual Exploitation; he was sentenced to two concurrent sentences totaling a minimum of 25 years in state prison.

- *USA v. Johnson,* Case #1:16CR6, United States District Court, Western District of North Carolina, November 8, 2016. Johnson, a US Navy Recruiter stationed in the Western North Carolina region, was the subject of an investigation involving the enticement and coercion of underage female students. Det. Johnson performed an analysis on three cellular telephone devices, and provided a report to aid the prosecution. Johnson pleaded guilty to one count of Coercion and Enticement, and was sentenced to 17 years in federal prison and lifetime sex offender supervised probation upon his release.

- *NC v. Klein*, Case #15CRS 75, 77, 79, 81, 83, 85, 87, 89, 91, 93, 95, 97, 99, 101, 103, 105, 107, 109, 111, 113, North Carolina Superior Court, Buncombe County, August 18, 2016. Klein was the subject of a North Carolina State Bureau of Investigation undercover investigation involving the distribution of child pornography. Det. Johnson assisted by performing on scene previews of suspect media, and by performing computer forensics on seized items. Evidence was found that supported the undercover portion of the investigation and large numbers of child exploitation were documented. Klein pleaded guilty to 20 counts of Second Degree Exploitation of a Minor and was sentenced to 15-78 months in state prison.

- *USA v. Lamb*, Case #1:15CR33, United States District Court, Western District of North Carolina, May 19, 2016. Lamb was the target of an undercover investigation involving the possession and distribution of child pornography in Brevard NC. Det. Johnson was requested to assist by performing computer forensics analysis on the seized evidence. A large number of images and movie files depicting child pornography were found, and evidence supporting the undercover portion of the investigation was located. In addition, evidence of distribution was found and documented which resulted in several investigative leads being sent out to various agencies. Lamb pleaded guilty to one count of distribution of child pornography and one count of possession of child pornography; he was sentenced to 17 years in federal prison and lifetime sex offender supervised probation upon his release.

- *NC v. O'Shields*, Case #11CRS 50642, North Carolina Superior Court, Transylvania County, February 25, 2016. O'Shields was the subject of a murder investigation in Rosman, NC. Det. Johnson was requested to assist the investigation by performing computer forensics analysis on seized evidence. Data recovered assisted in the investigation and prosecution of O'Shields. O'Shields was found guilty by a jury of his peers and sentenced to life in state prison.

9

- *NC v. Lunsford*, Case #14CRS 50271-72, North Carolina Superior Court, Madison County, November 17, 2015. Lunsford was the subject of an undercover investigation involving the online distribution of child pornography. Det. Johnson performed forensic analysis of several computers and a number of DVDs and CDs, finding a large number of child pornography images and movie files. In addition, forensic analysis confirmed the undercover portion of the investigation. Lunsford pleaded guilty and received 76-152 months incarceration in state prison.

- *USA v. Penson*, Case #1:15 CR7, United States District Court, Western District of North Carolina, August 25, 2015. Penson was the subject of an investigation involving a violent armed robbery in the Asheville area. During the investigation, Det. Johnson assisted by extracting, analyzing and testifying about data from two cellular telephone devices. Penson was found guilty by a jury of his peers and sentenced to 13 years and 5 months in Federal Prison.

- *NC v. Dixon*, Case# 11CRS 050633-34, North Carolina Superior Court, Madison County, August 5, 2015. Dixon was the subject of an investigation involving identity theft and fraud. Madison County investigators requested that Det. Johnson examine seized computers to identify ownership and AOL software properties. ==Det. Johnson was introduced and accepted as an expert in the area of computer forensics analysis.== Dixon was found not guilty on two charges; the jury hung on the third.

- *NC v. Cook*, Case #15CRS 430-431, 13CRS 50632-50633, North Carolina Superior Court, Buncombe County, July 9, 2015. Cook was the subject of an investigation involving child sexual abuse. Det. Johnson was requested by the Buncombe County Sheriff's Office to examine computers seized from his residence and work. Child pornography was found on Cook's personal computer. Cook pleaded guilty to 2 counts of Third Degree Exploitation and 2 counts of Indecent Liberties with a Child, and was given 35-69 months incarceration in state prison.

- *USA v. Lemarr,* Case # 1:14 CR 27, United States District Court, Western District of North Carolina, April 16, 2015. Lemarr was the target of an undercover operation involving the distribution of child pornography on file sharing networks. Det. Johnson and other NCICAC team members executed a search warrant on Lemarr's residence in December of 2012; Lemarr was found to be in possession of nearly 70,000 individual images and 2,000 movie files, all depicting child pornography. In addition, a possible contact offense was discovered as a result of this investigation. Lemarr pleaded guilty to possession and transportation of child pornography and was given 12.5 years of incarceration in federal prison along with lifetime sex offender status.

- *NC v. Gustavino*, Case #11CRS 058240-058244, #12CRS 053419-058421, North Carolina Superior Court, Buncombe County, January 23, 2015. Gustavino was the subject of an investigation involving child sexual abuse, including allegations of incest and other sexual offenses. The lead investigator presented evidentiary items for computer forensics examination; child erotica and other forms of child exploitation were found and reported. Gustavino pleaded guilty and received 125 months active incarceration in state prison and sex offender status for 30 years.

- *NC v. McIntyre*, Case #11CRS 058908-058909, North Carolina Superior Court, Buncombe County, June 11, 2014. McIntyre was targeted during an undercover enticement investigation. A computer forensics analysis was performed on evidence seized as a result of a search warrant performed on the suspect's residence. The forensics corroborated the undercover investigation. The subject pleaded guilty and was given a split sentence of 4 months active incarceration and 3 years of supervised probation.

- *NC v. Foster,* Case #11CRS 054627-054629, 12CRS 000367-000369, NC Superior Court, Buncombe County, February 21, 2014. Foster was targeted during an undercover enticement investigation. A computer forensics analysis was performed on evidence seized as a result of a search warrant performed on the suspect's residence. The forensics

10

- *NC v. McRae,* Case #12CRS 056647, North Carolina Superior Court, Buncombe County. McRae was the subject of an investigation in which he was observed following and secretly photographing female juvenile children in public spaces. During an encounter, a Micro SD card was found on his person that contained disturbing images of a child. Det. Johnson identified the child and performed computer forensics on the media card. Note: later, additional media cards were located hidden on McRae's person in the jail. McRae pleaded guilty on August 5, 2013 and was sentenced to 120 to 156 months in state prison.

- *NC v. McCanless*, Case #11CRS 057932, North Carolina Superior Court, Buncombe County. Investigating officer, Det. J. Rikard, Asheville Police. Suspect alleged to have sexually assaulted a minor child at an Asheville thrift store. Officers executed a search warrant on the suspect's home. Det. Johnson conducted computer forensics on a seized machine. Testimony was given on Monday, May 6, 2013 during a suppression hearing on computer evidence, and again on Tuesday, May 14th in open court. McCanless was found guilty and sentenced to 14 – 17 years in state prison.

- *City of Asheville v. Aly,* Case #10CVS 5296, North Carolina Civil Court, Buncombe County. Aly, a former City of Asheville employee was terminated as a direct result of images left on a computer he had rented and returned to a rental store. Testimony was given on December 12 and 13, 2012, concerning the transfer of evidence from a Blackberry smart device to a laptop computer.

- *NC v. Foster,* Case #12CRS 000367-370, North Carolina Superior Court, Buncombe County. Investigating officer: Det. R. Martinez, Asheville Police. During an undercover enticement investigation, the suspect engaged the undercover officer in chats which resulted in documented illegal activity. Det. Johnson performed computer forensic analysis of the suspect media which supported the findings of the undercover investigation. Foster pleaded guilty and received 9 years in state prison.

- *NC v. Olsen,* Case #12CRS 000046-49, North Carolina Superior Court, Buncombe County. During undercover operations, the suspect was found to be distributing child pornography using peer-to-peer (P2P) networks. Following the service of a search warrant at the suspect's home, a computer and peripherals were seized. Forensic analysis supported the undercover operation and showed the suspect to be in possession of 32 movie files and 222 image files depicting child pornography. Olsen pleaded guilty in September 2012 and was sentenced to probation and sex offender status.

- *NC v. Winn,* Case #12CRS 000120-123, North Carolina Superior Court, Buncombe County. Suspect met underage victim online and traveled from Florida to meet her and have sex. Afterwards, suspect cyberstalked the victim, and posted naked pictures of her on social networking sites. Forensic analysis performed on victim's computer to corroborate her story and provide additional evidence. Winn pleaded guilty on July 9, 2012 and was sentenced to 73 to 97 months in prison.

- *USA v. Polozzolo*, Case #1:10-CR-00049, United States District Court, Western District of North Carolina, June 2012. During undercover operations, the suspect was found to be distributing child pornography using peer-to-peer (P2P) networks. Following the service of a search warrant at the suspect's home, a computer and peripherals were seized. Forensic analysis supported the undercover operation and showed the suspect to be in possession of 55 movie files depicting child pornography. Polozzolo pleaded guilty and was sentenced to 108 months in federal prison.

- *USA v. Jeremias*, Case #1:10-CR-00062-001, United States District Court, Western District of North Carolina, March 2012. Suspect found to have been in possession of in excess of 15,000 individual images depicting child pornography. Jeremias pleaded guilty and was sentenced to 63 months in federal prison.

- *USA v. Roberts*, Case #11CRF37, United States District Court, Western District of North Carolina, February 2012. Suspect was found to be viewing child pornography on a courtesy computer at a local hotel. Forensic analysis performed on the suspect's home computers. Roberts pleaded guilty and was sentenced to 38 months in federal prison.

- *NC v. Yandle*, Case #11CRS 135, North Carolina Superior Court, Buncombe County. Possession of child pornography case. Suspect was found to have downloaded and stored child pornography files on a friend's computer. Yandle pleaded guilty on March 28, 2011, received a suspended sentence and was required to register as a sex offender.

- *USA v. Jeremias*, Case # 1:10-cr-00062-MR, Testimony, United States District Court, Western District of North Carolina, March 16, 2011 (Suppression Hearing). Possession of child pornography investigation. Forensic analysis performed on 29 CD/DVDs and an external hard drive. ==Qualified as an expert witness in the use of AccessData Software for the purposes of computer forensics analysis.==

- *USA v. Berrell*, Case # 1:10-cr-00020-MR, United States District Court, Western District of North Carolina. Production of child pornography investigation, adjudicated March 14, 2011. Forensic analysis performed on one desktop PC, two laptop PCs, and various digital media. Suspect was a pattern child molester with an initial victim found in NC, and later, after forensic analysis, two additional victims located in GA. Forensic analysis also showed that a second suspect attempted to destroy evidence on primary suspect's computer. Primary suspect pleaded guilty and was sentenced to 28 years in federal prison.

- *NC v. Oakley*, Case # 10CRS 56553, 10CRS 56729, 10CRS 56731, NC Superior Court, Buncombe County. Extortion investigation, adjudicated February 7, 2011. Suspect was using *craigslist.com* to extort would-be adulterers who were communicating with him online. Laptop computers and other media were seized as a result of the investigation. Forensic analysis revealed evidence of the alleged crimes as well as other potential victims. Forensic analysis also showed the presence of child pornography on the suspect's media. Oakley pleaded guilty and was sentenced to 56-68 months in the North Carolina Department of Corrections.

- *Aly v. City of Asheville,* City of Asheville Civil Service Hearing. Aly, a former City of Asheville employee was terminated as a direct result of images left on a computer he had rented and returned to a rental store. Testimony was given on September 20, 2010, concerning the transfer of evidence from a Blackberry smart device to a laptop computer.

- Joint Department of Social Services and Asheville Police Department investigation: attempted murder of a severely disabled child by the child's mother. Soon after, the suspected mother committed suicide. At the request of Police and DSS investigators, a forensic analysis was completed on the suspect's laptop computer, the results of which showed the suspect's intent on hurting the child, as well as her intent to kill herself. Some information was found that assisted in medically treating the victim. (*APD Incident # 10-024562 and 10-025943*)

- *NC v. Kriek*, Case # 10CRS 58857-58860, North Carolina Superior Court, Buncombe County. Possession of child pornography investigation, adjudicated December 17, 2010. Forensic analysis completed on a desktop PC turned over by a reporting computer repair shop. Kriek pleaded guilty and received a suspended sentence along with supervised probation and sex offender status.

- *USA v. Rowe*, Case # 1:09-CR-00080-MR, United States District Court, Western District of North Carolina, adjudicated July of 2010. Possession of child pornography investigation. Cybertip referral from the FBI led to the execution of a search warrant at the suspect residence where several desktop and laptop PCs were seized along with hundreds of pieces of media. Forensic analysis revealed the presence of child pornography on a single

12

CD and desktop PC hard drive. Rowe pleaded guilty and received a 5 year active sentence in federal prison.

- *NC v. Rhinehart,* Case # 08CR 061278 – 08CR 061283, North Carolina Superior Court, Buncombe County. Obtain controlled substance by fraud and/or forgery case. Forensic analysis conducted on the suspect's computer revealed evidence that documented the suspect's construction of fake prescriptions using word processing software. Suspect pleaded guilty on August 3, 2009 and received probation.

- *NC v. Wilson*, Case # 08CR 064246, North Carolina Superior Court, Buncombe County. Assault with a deadly weapon with intent to kill, inflicting serious injury case. Forensic analysis conducted on the suspect's seized computer in an attempt to locate evidence found concerning an encounter with the victim. Suspected child pornography was found on seized media. Suspected plead guilty and received an active sentence in state prison.

- *NC v. Carswell,* Case # 07CR 058756 – 07CR 058762, North Carolina Superior Court, Buncombe County. Indecent liberties with a child investigation (along with numerous other charges). Forensic analysis conducted on several seized devices, including a laptop computer, external hard drives and other removable media. Evidence found to support charges. Carswell pleaded guilty on May 30, 2008, and received an active sentence in prison, along with registered sex offender status.

- *NC v. Banks*, Case # 07CR 064977, North Carolina Superior Court, Buncombe County. First Degree Murder case. Testimony provided concerning relevant evidence recovered as a result of a search warrant issued to the social networking site *MySpace.com*. Suspect sentenced to life in prison on February 23, 2009.

- *NC v .Treadway*, Case #06CRS 058722, North Carolina Superior Court, Buncombe County. Following an investigation involving the sexual exploitation of children, Treadway plead guilty to a felony charge of Second Degree Sexual Exploitation of a Minor on March 29, 2007. Suspect sentenced to 34-41 months in state prison.