Statement of Anthony J Johnson

I became certified in the use of the Cellebrite software platform in 2011, and since that time, have processed over 1300 cellular devices. I am intimately familiar with the capabilities of this software platform. It is possible to redact contraband files within the Cellebrite Physical Analyzer tool. This can be accomplished by navigating to the "Images" tab, selecting the "Actions" drop down menu and choosing "Redact". Once the contraband files are redacted, a Cellebrite report can be generated and verified.

In my experience, the forensic software programs I am familiar with have some capacity to redact images and videos. I have never been certified in the use of Axiom software, but if possible, it would be important to have copies of reports generated using this software platform with redacted contraband files.