IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE NO. 1:25 CR 32

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **MOTION TO CONTINUE** |
| ) | |
| ANDREW CLAY DEVINNEY ) | |

NOW COMES Defendant, by and through undersigned counsel, and hereby moves this Honorable Court to enter an order continuing this case from the November 3, 2025, term of court. In support of the motion, Mr. Devinney shows the following.

Counsel for Mr. Devinney has recently received from the government more than 9000 pages of requested discovery material. Counsel is currently reviewing the additional discovery, which comprises communications to and from Mr. Devinney and his codefendant Ms. Stamey, most of which is vital to understanding the case and preparing a defense. Moreover, when that review is complete, counsel must review the material which, pursuant to this Court's order, is only reviewable by arranging an appointment with the investigating agent to view the material at a government office. Counsel believes that material to be extensive and review of it will likely require more than one trip to the

approved location.  Only after a thorough review of all the material and investigation of any issues that arise therefrom may counsel advise Mr. Devinney regarding whether to go to trial or plead guilty (possibly pursuant to a plea agreement with the government).  Therefore, failure to continue this matter from the November 3, 2025, term of court would "deny counsel for the defendant … the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(8)(B)(iv) (1990).

    Counsel for the government does not object to this motion.

    WHEREFORE Defendant moves this Honorable Court to enter an order continuing this case from the November 3, 2025, term of court.

    THIS the 14th day of October, 2025.

/s/ Eric J. Foster  
Attorney for the Defendant  
9 SW Pack Square, Suite 204 E-4  
Asheville, North Carolina 28801  
(828) 771-478

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Motion to Continue on the following by filing it electronically with the Court.

>Ms. Alexis Solheim
>Assistant United States Attorney
>100 Otis Street
>Asheville, North Carolina 28801

THIS the 14th day of October, 2025.

>_____
>/s/ Eric J. Foster