IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE NO. 1:25 CR 32

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **MOTION TO EXTEND** |
| | ) | **MOTIONS DEADLINE** |
| ANDREW CLAY DEVINNEY | ) | |

NOW COMES Defendant, by and through undersigned counsel, and hereby moves this Honorable Court to enter an order extending the pretrial motions deadline to November 14, 2025. In support of the motion, Mr. Devinney shows the following.

The discovery in this case includes over 21,000 written pages and several hours of body camera video of events and interviews. Approximately 9000 of those pages are communications to and from Mr. Devinney and his codefendant Ms. Stamey. Review of this material is vital to understanding the case and consequently preparing a defense. Moreover, after reviewing all of the material provided, counsel for Mr. Devinney must review the contraband images by making an appointment with law enforcement and traveling to a facility approved by the government. Until all of that review can be accomplished, counsel for Mr.

Devinney is unable to determine whether pretrial motions are factually or legally supported by the evidence.

Counsel for the government does not object to this motion.

WHEREFORE Defendant moves this Honorable Court to enter an order extending the pretrial motions deadline to November 14, 2025.

THIS the 14th day of October, 2025.

> /s/ Eric J. Foster
> Attorney for the Defendant
> 9 SW Pack Square, Suite 204 E-4
> Asheville, North Carolina 28801
> (828) 771-4787

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Motion to Extend Motions Deadline on the following by filing it electronically with the Court.

> Ms. Alexis Solheim
> Assistant United States Attorney
> 100 Otis Street
> Asheville, North Carolina 28801

THIS the 14th day of October, 2025.

> /s/ Eric J. Foster